# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Assia Boundaoui

                        Plaintiff,

v.                                                  Case No.: 1:17−cv−04782
                                                    Honorable Thomas M. Durkin

Federal Bureau of Investigation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Any party wishing to participate telephonically at the 9/6/2017 status hearing is directed to call 877−402−9757, access code 4410831 promptly at 9:00 a.m.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.