Assia Boundaoui
                                     Plaintiff,

v.                                                     Case No.: 1:17−cv−04782
                                                        Honorable Thomas M. Durkin

Federal Bureau of Investigation, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 26, 2017:

       MINUTE entry before the Honorable Thomas M. Durkin: Defendants' motion for an Open America stay [30] is denied for the reasons stated in open court. Plaintiff's motion for expedited processing of her September 26, 2016 FOIA request [33] is granted for the reasons stated in open court. Defendants are ordered to: (1) produce volumes 1−5 and 5(a) of responsive documents (approximately 1,649 pages prior to applicable exemptions) on or before October 16, 2017; (2) review the approximately 33,120 pages of documents already identified by defendants as responsive to plaintiff's FOIA request on a rolling basis of 3,500 pages per month beginning the month of October 16, 2017 to November 16, 2017; and (3) give priority to the sub−files of individuals for whom plaintiff provides privacy waivers by appropriate means on or before October 16, 2017.The Court further orders that plaintiff pay the required fees on or before October 16, 2017. Any issue of whether the fees should be waived and thus reimbursed to plaintiff should be addressed on summary judgment. To the extent plaintiff seeks to challenge the FBI's search identifying 33,120 pages of relevant documents involving the Operation Vulgar Betrayal criminal investigation and seeks review of documents beyond those identified documents, that issue likewise should be addressed in the context of a motion for summary judgment. The expedited processing need not include such documents. The parties should provide monthly written status reports reporting on the compliance with this order. The first report will be due on October 20, 2017. Defendant's motion for relief from MIDP [22] is granted. Status hearing held on 9/26/2017.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.