# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASSIA BOUNDAOUI,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF INVESTIGATION and UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendants. | Civil Action No. 17-CV-04782<br><br>The Honorable Thomas M. Durkin |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## WITHIN THE SAME FIRM

  Undersigned counsel, Patrick E. Croke of Sidley Austin LLP, submits the following notice of withdrawal as counsel for Plaintiff Assia Boundaoui, pursuant to Local Rule 83.17, and notice of substitution of counsel within the same firm. On October 30, 2019, Kevin M. Fee, who is also an attorney with Sidley Austin LLP, filed a notice of appearance with the Court on behalf of Plaintiff. *See* ECF No. 116. Attorney Kevin M. Fee has been substituted as counsel for Plaintiff, and Attorney Patrick E. Croke is hereby withdrawing as counsel.

Dated: October 30, 2019

                Respectfully submitted,

                */s/ Patrick E. Croke*
                Patrick E. Croke (pcroke@sidley.com)
                SIDLEY AUSTIN LLP
                One South Dearborn
                Chicago, IL 60603
                Phone: (312) 853-7565
                Fax: (312) 853-7036

Michael D. Mann (mdmann@sidley.com)
*(admitted pro hac vice)*
Alexa Poletto (apoletto@sidley.com)
*(admitted pro hac vice)*
Zainab R. Qureshi (zqureshi@sidley.com)
*(admitted pro hac vice)*
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Phone: (212) 839-7340
Fax: (212) 839-5599


*Attorneys for Plaintiff Assia Boundaoui*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2019, I caused to be electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record.

          */s/ Patrick E. Croke*
          Patrick E. Croke (pcroke@sidley.com)
          SIDLEY AUSTIN LLP
          One South Dearborn
          Chicago, IL 60603
          Phone: (312) 853-7565
          Fax: (312) 853-7036