UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Assia Boundaoui

                                   Plaintiff,

v.                                                          Case No.: 1:17−cv−04782
                                                                  Honorable Thomas M. Durkin

Federal Bureau of Investigation, et al.

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 12, 2019:

     MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 11/12/2019. By 12/2/2019, defendants are to submit an affidavit indicating clearly whether there was any continuation of the work of Operation Vulgar Betrayal after that investigation was closed and whether there are any files related to any continuation of that work. Status hearing set for 12/17/2019 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.