# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Assia Boundaoui
                                  Plaintiff,

v.                                                               Case No.: 1:17−cv−04782
                                                                          Honorable Thomas M. Durkin

Federal Bureau of Investigation, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin: Status hearing reset for 12/17/2019 at 09:15 AM. Note:time change only. Counsel may call 877−402−9757, access code 4410831, to participate telephonically. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.