# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Assia Boundaoui

Plaintiff,

v.                                            Case No.: 1:17–cv–04782
                                              Honorable Thomas M. Durkin

Federal Bureau of Investigation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

MINUTE entry before the Honorable Thomas M. Durkin:Defendants' motion for summary judgment [79] is entered and continued. Briefing is stayed. Plaintiff's motion for order to show cause [99] is entered and continued. Status hearing held on 12/17/2019. Counsel is directed to contact this Court's courtroom deputy to schedule a hearing. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.